**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1217**

RAYMOND A. JOHNSON,

Plaintiff – Appellant,

v.

HENDRICK AUTOMOTIVE GROUP; HENDRICK HONDA,

Defendants - Appellees.

**No. 12-1241**

RAYMOND A. JOHNSON,

Plaintiff – Appellant,

v.

HENDRICK AUTOMOTIVE GROUP; HENDRICK HONDA,

Defendants - Appellees.

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:10-cv-00109-FDW); Frank D. Whitney, District Judge. (3:11-cv-00389-FDW-DCK)

Submitted: April 19, 2012          Decided: April 25, 2012

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Raymond A. Johnson, Appellant Pro Se. Charles Matthew Keen, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Raymond A. Johnson appeals the district court's orders granting summary judgment on his employment discrimination claims, denying his motions to reconsider, and dismissing identical employment discrimination claims as barred by res judicata. We have reviewed the records and find no reversible error or evidence of judicial bias. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Hendrick Auto. Group, No. 3:10-cv-00109-FDW (W.D.N.C. May 3, 2011, Dec. 5, 2011, & Feb. 16, 2012); Johnson v. Hendrick Auto. Group, No. 3:11-cv-00389-FDW-DCK (W.D.N.C. Feb. 16, 2012). We deny Johnson's motions for the preparation of transcripts at government expense and to reconsider the order consolidating his appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3